

# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 28, 2022

Audrey E. Manriquez
Department of Family and Protective
Services
300 Dolorosa, 5th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

M. Cecilia Hellrung
Attorney at Law
2600 McCullough Avenue
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Georgina  Escobedo
123 Fridell Street
San Antonio, TX 78237
* DELIVERED VIA E-MAIL &
POSTAL *

Jay Brandon
Assistant District Attorney
Paul Elizondo Tower
101 W. Nueva, 3rd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-21-00502-CV
        Trial Court Case Number:     2020PA01973
        Style:  In the Interest of N.J.E. Jr., N.J.E., E.M.E., and E.J.E.


        Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.


                                        Very truly yours,
                                        MICHAEL A. CRUZ, Clerk of
                                        Court

                                        Veronica L. Gonzalez
                                        Deputy Clerk, Ext. 5-3220


cc: Joe D. Gonzales (DELIVERED VIA E-MAIL)
    Ryan G. Anderson (DELIVERED VIA E-MAIL)
    Shawn  Sheffield (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00502-CV

**IN THE INTEREST OF N.J.E. JR., N.J.E., E.M.E., AND E.J.E.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01973
Honorable Kimberly Burley, Judge Presiding

## O R D E R

Appellant G.E. appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that she sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that she had enclosed copies of the brief and motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4.

Counsel also enclosed a copy of a form motion for access to the appellate record. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. If appellant wishes to review the appellate record, she must file a motion within ten days from the date of this order.

Further, if appellant desires to file a *pro se* brief, we ORDER that she do so on or before **February 17, 2022**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.


Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

MICHAEL A. CRUZ, Clerk of Court



January 28, 2022

No. 04-21-00502-CV

**IN THE INTEREST OF N.J.E. JR., N.J.E., E.M.E., AND E.J.E**.,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01973
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Appellant G.E. appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that she sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that she had enclosed copies of the brief and motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4.

Counsel also enclosed a copy of a form motion for access to the appellate record. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. If appellant wishes to review the appellate record, she must file a motion within ten days from the date of this order.

Further, if appellant desires to file a *pro se* brief, we ORDER that she do so on or before **February 17, 2022**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

/s/ Liza A. Rodriguez
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

/s/ Michael A. Cruz
MICHAEL A. CRUZ, Clerk of Court

Entered this 28th day of January, 2022.                    Vol _Page_

